No. 82–1987. FERRIS v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 82–1989. BRUMMER, PUBLIC DEFENDER OF THE ELEVENTH JUDICIAL CIRCUIT OF FLORIDA, ET AL. v. FLORIDA EX REL. SMITH, ATTORNEY GENERAL OF FLORIDA, ET AL. Sup. Ct. Fla. Certiorari denied.

No. 82–1991. SCHWARZ v. COASTAL RESOURCES MANAGEMENT ET AL. C. A. 1st Cir. Certiorari denied.

No. 82–1992. ARTIC INTERNATIONAL, INC. v. MIDWAY MANUFACTURING CO. C. A. 7th Cir. Certiorari denied.

No. 82–1995. NEMBHARD ET AL. v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 82–1996. CHASE FOUNDRY & MANUFACTURING CO. v. OHIO. Ct. App. Ohio, Franklin County. Certiorari denied.

No. 82–1999. CHAVEZ v. SMITH, ATTORNEY GENERAL OF FLORIDA. C. A. 11th Cir. Certiorari denied.

No. 82–2000. GREEN v. GREEN ET AL. Super. Ct. N. J., App. Div. Certiorari denied.

No. 82–2001. VANDER JAGT ET AL. v. O'NEILL ET AL. C. A. D. C. Cir. Certiorari denied.

No. 82–2002. H. J. JUSTIN & SONS, INC., DBA JUSTIN BOOT CO. v. DEUKMEJIAN, GOVERNOR OF CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 82–2004. NIBUNGCO v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 82–2009. DILL v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 82–2010. KUELLMAR ET UX. v. VILLAGE OF BROOKFIELD. App. Ct. Ill., 1st Dist. Certiorari denied.